United States Bankruptcy Court

Southern District of Florida

In re:  
Hector Gaspar Moreno  
    Debtor

Case No. 23-16986-CLC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113C-1      User: admin      Page 1 of 4  
Date Rcvd: Aug 31, 2023      Form ID: 309A      Total Noticed: 55

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hector Gaspar Moreno, 12345 SW 18 St., Apt. 112, Miami, FL 33175-1512 |
| 97067842 | | HCA Florida Kendall Hospital, Po Box 292409, Nashville, TN 37229-2409 |
| 97067852 | + | N & Bryan Transport Corp, 1481 W 44th ST, Hialeah, FL 33012-7662 |
| 97067854 | + | PNC Financial Services, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222-2401 |
| 97067853 | | PNC Financial Services, Pnc Cb Investigations, Cleveland, OH 44101 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ecfmail@pcorderolaw.com | Aug 31 2023 22:28:00 | Patrick L Cordero, Esq, 7333 Coral Way, Miami, FL 33155 |
| tr | + | EDI: BSNBROWN | Sep 01 2023 02:12:00 | Scott N Brown, Scott N. Brown, Trustee, 1 S.E. 3rd Avenue - #2410, Miami, FL 33131-1712 |
| smg | | EDI: FLDEPREV.COM | Sep 01 2023 02:12:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Aug 31 2023 22:29:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| 97067822 | + | EDI: TSYS2 | Sep 01 2023 02:12:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 97067821 | + | EDI: TSYS2 | Sep 01 2023 02:12:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 97067828 | + | EDI: CRFRSTNA.COM | Sep 01 2023 02:12:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 97067827 | + | EDI: CRFRSTNA.COM | Sep 01 2023 02:12:00 | CFNA/Credit First Natl Assoc, Pob 81315, Cleveland, OH 44181-0315 |
| 97067824 | + | EDI: CAPITALONE.COM | Sep 01 2023 02:12:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 97067823 | + | EDI: CAPITALONE.COM | Sep 01 2023 02:12:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 97067826 | + | EDI: CITICORP.COM | Sep 01 2023 02:12:00 | Cbna, Attn: Centralized Bankruptcy/Citicorp, Po Box 790034, St Louis, MO 63179-0034 |
| 97067825 | + | EDI: CITICORP.COM | Sep 01 2023 02:12:00 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 97067829 | + | EDI: CITICORP.COM | Sep 01 2023 02:12:00 | Citi Card/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 97067830 | + | EDI: CITICORP.COM | Sep 01 2023 02:12:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |

| District/off: 113C-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 31, 2023 | Form ID: 309A | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 97067831 | + | EDI: CITICORP.COM | Sep 01 2023 02:12:00 | Citibank/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 97067832 | + | EDI: CITICORP.COM | Sep 01 2023 02:12:00 | Citibank/Sears, Attn: Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 97067833 | + | EDI: CITICORP.COM | Sep 01 2023 02:12:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 97067834 | + | EDI: CITICORP.COM | Sep 01 2023 02:12:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 97067836 | | EDI: WFNNB.COM | Sep 01 2023 02:12:00 | Comenity Bank/Marathon, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 97067835 | + | EDI: WFNNB.COM | Sep 01 2023 02:12:00 | Comenity Bank/Marathon, Po Box 182789, Columbus, OH 43218-2789 |
| 97067837 | + | EDI: WFNNB.COM | Sep 01 2023 02:12:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 97067838 | + | EDI: WFNNB.COM | Sep 01 2023 02:12:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 97067839 | + | EDI: WFNNB.COM | Sep 01 2023 02:12:00 | Comenity/Burlington, Po Box 182120, Columbus, OH 43218-2120 |
| 97067840 | + | EDI: WFNNB.COM | Sep 01 2023 02:12:00 | Comenity/Burlington, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 97067849 | + | EDI: CITICORP.COM | Sep 01 2023 02:12:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 97067841 | + | EDI: DISCOVER.COM | Sep 01 2023 02:12:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 97067844 | ^ | MEBN | Aug 31 2023 22:28:23 | Honorable Merrick Garland, Attorney General, Dept of Justice #4400, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 97067845 | | EDI: IRS.COM | Sep 01 2023 02:12:00 | Internal Revenue Service, Centralized Insolvency Operation, POB 7346, Philadelphia, PA 19101-7346 |
| 97067847 | + | Email/Text: EBNBKNOT@ford.com | Aug 31 2023 22:29:00 | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 97067846 | ^ | MEBN | Aug 31 2023 22:27:35 | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 97067848 | + | EDI: CITICORP.COM | Sep 01 2023 02:12:00 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 97067851 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 31 2023 22:40:04 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 97067850 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 31 2023 22:39:18 | Merrick Bank/CCHoldings, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 97067855 | + | Email/Text: bankruptcy@wofco.com | Aug 31 2023 22:28:00 | Southeast Toyota Finance, POB 991817, Mobile, AL 36691-8817 |
| 97067857 | + | EDI: RMSC.COM | Sep 01 2023 02:12:00 | Synchrony Bank, Po Box 71757, Philadelphia, PA 19176-1757 |
| 97067858 | + | EDI: RMSC.COM | Sep 01 2023 02:12:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 97067860 | + | EDI: RMSC.COM | Sep 01 2023 02:12:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 97067859 | + | EDI: RMSC.COM | Sep 01 2023 02:12:00 | Synchrony Bank/Amazon, Po Box 71737, Philadelphia, PA 19176-1737 |

| District/off: 113C-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 31, 2023 | Form ID: 309A | Total Noticed: 55 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 97067862 | + | EDI: RMSC.COM | Sep 01 2023 02:12:00 | Synchrony Bank/BRMart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 97067861 | + | EDI: RMSC.COM | Sep 01 2023 02:12:00 | Synchrony Bank/BRMart, Po Box 71757, Philadelphia, PA 19176-1757 |
| 97067863 | + | EDI: RMSC.COM | Sep 01 2023 02:12:00 | Synchrony Bank/JCPenney, Po Box 71729, Philadelphia, PA 19176-1729 |
| 97067864 | + | EDI: RMSC.COM | Sep 01 2023 02:12:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 97067865 | + | EDI: RMSC.COM | Sep 01 2023 02:12:00 | Synchrony/PayPal Credit, Po Box 71727, Philadelphia, PA 19176-1727 |
| 97067866 | + | EDI: RMSC.COM | Sep 01 2023 02:12:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 97067867 |   | EDI: AISTMBL.COM | Sep 01 2023 02:12:00 | T-Mobile, Pob 790047, Saint Louis, MO 63179 |
| 97067843 |   | Email/Text: USAFLS.Bankruptcy@usdoj.gov | Aug 31 2023 22:28:00 | Honorable Juan Antonio Gonzalez, US Attorney for Southern District, 99 NE 4 St, Miami, FL 33132 |
| 97067868 | + | EDI: WFFC2 | Sep 01 2023 02:12:00 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 97067869 | + | EDI: WFFC2 | Sep 01 2023 02:12:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 97067871 | + | Email/Text: bankruptcy@wofco.com | Aug 31 2023 22:28:00 | World Omni Financial Corp., Attn: Bankruptcy, 6150 Omni Park Drive, Mobile, AL 36609-5195 |
| 97067870 | + | Email/Text: bankruptcy@wofco.com | Aug 31 2023 22:28:00 | World Omni Financial Corp., P O Box 91614, Mobile, AL 36691-1614 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 97067856 | | Syncb/walmart |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 02, 2023           Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2023 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 113C-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 31, 2023 | Form ID: 309A | Total Noticed: 55 |

| Name | Email Address |
|---|---|
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Patrick L Cordero, Esq | on behalf of Debtor Hector Gaspar Moreno ecfmail@pcorderolaw.com PatrickLCordero@jubileebk.net |
| Scott N Brown | sbrown@bastamron.com jarrechavala@bastamron.com;snbrown@ecf.axosfs.com;F003@ecfcbis.com |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | Hector Gaspar Moreno<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–6867<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Southern District of Florida | Date case filed for chapter:   7   8/31/23 |
| Case number: | 23-16986-CLC | |

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See box 9)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice.**
**To help creditors correctly identify debtors, debtors must submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court. Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**WARNING TO DEBTOR: WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE TO TIMELY PAY FILING FEE INSTALLMENTS, FAILURE TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS, AND FOR FAILURE TO FILE PRE-BANKRUPTCY CERTIFICATION OF CREDIT COUNSELING OR FILE WAGE DOCUMENTATION.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Hector Gaspar Moreno | |
| 2. | **All Other Names Used in the Last 8 Years** | aka Hector G Moreno, aka Hector Moreno | |
| 3. | **Address** | 12345 SW 18 St., Apt. 112<br>Miami, FL 33175 | |
| 4. | **Debtor's Attorney**<br>(or Pro Se Debtor)<br>Name and Address | Patrick L Cordero Esq<br>7333 Coral Way<br>Miami, FL 33155 | Contact Phone (305) 445–4855 |
| 5. | **Bankruptcy Trustee**<br>Name and Address | Scott N Brown<br>Scott N. Brown, Trustee<br>1 S.E. 3rd Avenue – #2410<br>Miami, FL 33131 | Contact Phone 305–379–7904 |
| 6. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | US Bankruptcy Court<br>301 North Miami Avenue, Room 150<br>Miami, FL 33128 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact Phone (305) 714–1800 |
| | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at pacer.uscourts.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll-free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | | **Note:** Contact the Clerk's Office at the number listed above or check the court's website for reduced hours of operation for in-person filings.<br><br>Clerk of Court: **Joseph Falzone**<br>Dated: **8/31/23** |

Local Form 309A USBC SDFL (Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case – No Proof of Claim Deadline** (06/14/2021)   page 1

Debtor **Hector Gaspar Moreno**  Case number **23–16986–CLC**

| | | |
|---|---|---|
| **7.   ** MEETING OF CREDITORS **** <br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must be present with required original government–issued photo identification and proof of social security number (or if applicable, Tax ID). Creditors may attend, but are not required to do so. | **September 27, 2023** at **05:00 PM** <br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | ***MEETING WILL BE HELD BY TELEPHONE*** <br><br>**Trustee:  Scott N Brown** <br>Call in number:  866–717–6137 <br>Passcode:  5888728 |
| **8. Presumption of Abuse** <br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines** <br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. Writing a letter to the court or judge is not sufficient. <br><br>A discharge of debtor will not be issued until the Official Bankruptcy Form "Certification About a Financial Management Course" is filed by the debtor (unless the course provider filed a certificate of completion of the financial management course on behalf of the debtor). | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br>**You must file a complaint:** <br>   if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br><br>   if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6). <br><br>**You must file a motion** if you assert that <br>   the discharge should be denied under § 727(a)(8) or (9). | **Filing Deadline:** 11/27/23 |
| | **Deadline to object to exemptions:** <br>The law permits debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. **The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions.** | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors, or within 30 days of any amendment to the list of supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) and Local Rule 4003–1(B) for converted cases. |
| **10. Abandonment of Property by Trustee, Deadline to Object to Trustee's Report** | Pursuant to Local Rule 6007–1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within two business days. Objections to the report must be filed within 14 days of the meeting. | |
| **11. Proof of Claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. If this case is converted from chapter 13, under Local Rules 1019–1(E) and 3002–1(A) it has been designated as a no asset case at this time. | |
| **12. Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **13. Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Notices Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). | |
| **14. Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | |